UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| J.J. DIPPEL, | NO. 2:17-CV-0157-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |
| SIRUIS XM RADIO, | |
| Defendant, | |

BEFORE THE COURT is Plaintiff J.J.'s Motion to Dismiss (ECF No. 12). The motion was submitted for consideration without oral argument. The Court has reviewed the motion and file therein, and is fully informed. In her motion, Plaintiff represents that the parties have settled this matter and requests that "Case No. C17-0157-TOR be closed/dismissed." *Id*. Defendant has been served, but has not filed an answer to the complaint or otherwise pled. Therefore, for good cause shown, the motion is **GRANTED**.

//

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a), any and all claims against the Defendant are hereby **DISMISSED** without prejudice.

The District Court Executive is hereby directed to enter this Order, furnish copies to the parties, and **CLOSE** the file.

**DATED** August 16, 2017.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge